JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK BARNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. CV 23-4886 PA (KSx)<br><br>JUDGMENT |

In accordance with the Court's August 1, 2023 Minute Order granting the Motion to Dismiss filed by defendant Specialized Loan Servicing, LLC ("Defendant"), it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by plaintiff Rodrick Barnett ("Plaintiff") is dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendant shall have its costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: August 1, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE